UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:11CV-31-R

[CAPITAL CASE]

WILLIAM EUGENE THOMPSON                                          PETITIONER

v.

PHILLIP W. PARKER                                               RESPONDENT

### ORDER

Petitioner William Eugene Thompson, by counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He also paid the requisite $5.00 filing fee.  The Court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.  Accordingly, **IT IS HEREBY ORDERED**:

(1)     The Clerk of Court **shall effect service** of the petition (DN 1) on Respondent and the Attorney General for the Commonwealth of Kentucky.

(2)     **Within 21 days of the entry of this Order**, counsel for the Attorney General of the Commonwealth of Kentucky shall file a notice of entry of appearance with the Court and with Petitioner's counsel.

(3)     The Court will hold a Case Management Conference on **April 22, 2011, at 1:30 p.m. Central Standard Time/2:30 p.m. Eastern Standard Time** in the undersigned's chambers located at 501 Broadway, Room 121, Paducah, KY  42001.  Counsel for Petitioner and the Attorney General may participate in the Case Management Conference telephonically.  Arrangements to participate telephonically or to continue the conference to an alternative date can be made by contacting the Court's Case Manager, Kelly Harris, at (270) 415-6405.

(4)     Prior to the Case Management Conference, counsel for Petitioner and for the Attorney General are to confer with one another.  Counsel should discuss and attempt to agree on an initial proposed litigation schedule.  Specifically, counsel shall discuss deadlines for the following events:

      a.     Amendments to the Petition

      b.     Respondent's Answer to the Petition

      c.     Petitioner's Traverse to the Answer

      d.     Non-dispositive motions (including requests for discovery and/or an evidentiary hearing and any pre-hearing and post-hearing motions)

      e.     Dispositive motions

(5)     **No later than April 15, 2011, counsel shall file a joint report of their conference with the Court.**  The joint report shall include a list of any dates that counsel were to agree upon, a list of dates that counsel were unable to agree upon with the reason(s) counsel were unable to agree, and a list of any issues that counsel believe would be beneficial for the Court to discuss at the Case Management Conference.  The report should also include a discussion of transcription of the record including whether transcription is necessary.  If the parties believe that transcription is necessary, the report should also include a discussion of who should bear the costs of transcription along with estimates from at least two different court reporting agencies of the costs and timing of transcription.

(6)     Counsel shall also come to the Case Management Conference prepared to fully discuss with the Court any issues that will affect the timing and conduct of this litigation.

2

(7)     Counsel for Petitioner shall also come to the Case Management Conference prepared to discuss budgeting issues with the Court, including the timing of the submission of an initial budget plan to the Court.

Date:

cc:     Counsel of Record for the Petitioner
        Respondent
        Attorney General for the Commonwealth of Kentucky
        Petitioner, William Eugene Thompson

4413.010